[No. 19396-5-II.   Division Two.   July 18, 1997.]

ALEXANDER J. OLSON, *Respondent*, v. SANDRA A.
OLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-2-00103-5, Brian M. Tollefson, J., entered March 20, 1995. *Reversed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 19406-6-II.   Division Two.   July 18, 1997.]

MUSSON TRANSPORT, INC., *Appellant*, v. COSTCO
WHOLESALE CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-2-01379-2, Arthur W. Verharen, J., entered March 24, 1995. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 19906-8-II.   Division Two.   July 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ABRAHAM
HOLLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-1-00773-1, Donald H. Thompson, J., entered September 6, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Hunt, J.